UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 24-4562 (DSD/DLM)

Michael Fiorito, on behalf of
himself and all others
similarly situated,

       Plaintiffs,

v.                                     **ORDER**

Metropolitan Council; Delta
Airlines; and Sun Country
Airlines,

       Defendants.

       This matter is before the court upon plaintiff Michael Fiorito's motion for extension of time to respond to the court's recent orders. He does so on his own behalf and on behalf of the other plaintiffs in the case. He also requests reconsideration of the court's previous orders. The court denies the motion.

       First, Fiorito lacks the authority to seek relief on behalf of other plaintiffs. Second, he is not entitled to respond to the court's recent orders. Third, he has provided no factual or legal basis on which to cause the court to reconsider its previous rulings.

Dated: January 27, 2025

s/David S. Doty
David S. Doty, Judge
United States District Court