# UNITED STATES DISTRICT COURT

## District of Minnesota

Michael Fiorito,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 24-cv-4562 DSD/DLM

Metropolitan Council, Delta Airlines, Sun Country Airlines,

Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.    The motion for reconsideration of plaintiff Michael Fiorito [ECF No. 12] is denied.

2.    This action is dismissed with prejudice for failure to prosecute.

Date: 1/28/2025

KATE M. FOGARTY, CLERK